UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN 0 6 2014

PER_____
DEPUTY CLERK

JOHNNIE WILLIAMS,
    Petitioner,

v.

UNITED STATES OF AMERICA, et al.,
    Respondents.

CIVIL ACTION NO. 3:12-CV-2441

(Judge Kosik)

## ORDER

AND NOW, THIS _6th_ DAY OF JUNE, 2014, IT IS HEREBY ORDERED THAT:

(1)     The Report and Recommendation of Magistrate Judge Thomas M. Blewitt dated July 18, 2013 (Doc. 12) is **ADOPTED**;

(2)     The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED**;

(3)     Petitioner's Request for Appointment of Counsel (Doc. 13) is **DENIED**;

(4)     The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge; and

(5)     Based on the court's conclusions herein, a certificate of appealability will not be issued.

Edwin M. Kosik
United States District Judge